# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Appellee,<br><br>　　vs.<br><br>JULI MAZI,<br><br>　　　　Appellant. | U.S.C.A. No.: 22-10311<br>U.S.D.C.No.:  CR-22-00036-CRB<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

　　　The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

　　　IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

>　Mark D. Flanagan
>　2600 El Camino Real, Suite 400
>　Palo Alto, CA 94306
>　(650)858-6047
>　mark.flanagan@wilmerhale.com



Appointing Judge: Hon. Judge Charles R. Breyer

| January 6, 2023 | 1/5/2023 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |