STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JULI MAZI,<br><br>    Defendant. | CASE NO. 22-CR-0036 CRB<br><br>**UNITED STATES' MOTION FOR ISSUANCE OF ARREST WARRANT**<br><br>ORDER |

    On November 29, 2022, the Court sentenced defendant Juli Mazi to serve 33 months in the custody of the United States Bureau of Prisons for her convictions for wire fraud, in violation of 18 U.S.C. § 1343, and false statements related to health care matters, in violation of 18 U.S.C. § 1035.  Dkt. 60.  The Court further ordered defendant to self-surrender for service of sentence on or before noon on January 6, 2023, to the Bureau of Prisons or to the United States Marshals Service at 450 Golden Gate Avenue in San Francisco.  *Id.*  As of the filing of this motion and as detailed below, defendant has failed to self-surrender as ordered by the Court.

    Despite her failure to surrender, defendant has presented no justification for her failure to do so. As part of her appeal of her conviction to the Ninth Circuit, Defendant requested the appointment of counsel to assist in her appeal; on January 3, 2023, the Ninth Circuit conditionally granted that motion.

*See* Dkts. 63, 78.  Defendant is therefore currently represented by Mark Flanagan.  Dkt. 79.  Defendant nevertheless filed with the appellate court a *pro se* motion to stay her self-surrender date.  *See* Dkt. 80.  However, as that motion was received after the Ninth Circuit had appointed counsel for defendant, that court issued an order on January 9, 2023, stating that it will "take no further action on the motion."  *Id.*  Defendant has not filed a motion to stay her self-surrender with this Court, nor has her counsel renewed her motion to stay her self-surrender with the Ninth Circuit.

On January 9, 2023, counsel for the government asked counsel for defendant to confirm when defendant plans to self-surrender in light of the Ninth Circuit's January 9 order.  Declaration of Katherine M. Lloyd-Lovett in Support of United States' Motion for Issuance of Arrest Warrant ("Lloyd-Lovett Decl."), ¶ 2.  Counsel for defendant informed the government that he does not have that information and does not know defendant's whereabouts.  *Id.*  Moreover, counsel for defendant did not state that he plans to renew defendant's motion to stay her self-surrender date.  *See id.*

On January 6, 2023, counsel for the government learned from the U.S. Marshals Service that defendant had not self-surrendered by the Court-imposed deadline of noon that day.  Lloyd-Lovett Decl., ¶ 3.  On the morning of January 10, 2023, the U.S. Marshals Service again confirmed that defendant had not yet self-surrendered to serve her sentence.  *Id.*

For these reasons, the government respectfully requests that the Court issue an arrest warrant for defendant Juli Mazi for failure to surrender pursuant to the Court's order.

DATED:  January 10, 2023                                         Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Katherine M. Lloyd-Lovett
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

The Court grants the motion for issuance of an arrest warrant for 18 USC Section 3146.

Date: January 23, 2023



GRANTED
Judge Charles R. Breyer

MOTION FOR ISSUANCE OF ARREST WARRANT    2
22-CR-0036 CRB

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Juli Mazi | ) Case No. CR 22-0036 CRB |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Juli Mazi   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

Failure to abide by the Court's order to report to custody.

Date: _____

*Issuing officer's signature*

City and state:   San Francisco, California            Honorable Charles R. Breyer, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 


Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                      Weight: 

Sex:                                         Race: 

Hair:                                        Eyes: 

Scars, tattoos, other distinguishing marks: 


History of violence, weapons, drug use: 


Known family, friends, and other associates *(name, relation, address, phone number)*: 


FBI number: 

Complete description of auto: 


Investigative agency and address: 


Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 


Date of last contact with pretrial services or probation officer *(if applicable)*: