CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL GOMEZ (Bar No. 4852349)[1]
(E-Mail: Michael_Gomez@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JULI MAZI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-CR-00036-CRB |
| Plaintiff, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| JULI MAZI, | |
| Defendant. | |

Notice is hereby given that Deputy Federal Public Defender from the Central District of California, Michael Gomez, hereby files this association of counsel in connection with his appointment to represent Ms. Mazi with respect to the appeal pertaining to the December 2, 2022 Notice of Appeal (Dkt. 63) - USCA (CA9) Case Number 22-10311.

                                              Respectfully submitted,

                                              CUAUHTEMOC ORTEGA
                                              Federal Public Defender

DATED: February 8, 2023    By  */s/ Michael Gomez*
                                              MICHAEL GOMEZ
                                              Deputy Federal Public Defender

---

[1] I am a United States government attorney and a member of the New York State Bar. My membership to the State Bar of California is pending.