CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL GOMEZ (Bar No. 4852349)[1]
(E-Mail: Michael_Gomez@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JULI MAZI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| UNITED STATES OF AMERICA, | Case No. 3:22-CR-00036-CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ALLOWING DISCLOSURE OF SEALED TRANSCRIPT TO COUNSEL ON APPEAL FOR DEFENDANT FOR PURPOSES OF APPEAL** |
| v. | |
| JULI MAZI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed transcript for the hearing held on July 6, 2022, is ordered disclosed to counsel of record on appeal for Juli Mazi. Until further order of the Court, the transcript is to remain sealed and not to be disclosed to the public.

DATED: February 24, 2023     By _____
                                HON. CHARLES R. BREYER
                                United States District Judge

Presented by:

   */s/ Michael Gomez*
MICHAEL GOMEZ
Deputy Federal Public Defender

---

[1] I am a United States government attorney and a member of the New York State Bar. My membership to the State Bar of California is pending.